IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN MAYS,JR., #150299,                  )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )        CASE NO. 2:21-CV-135-WHA-KFP
                                           )
GREGORY GEORGE LOCKLIER, et al.,           )
                                           )
        Defendants.                        )

## ORDER

On March 31, 2021, the Magistrate Judge entered a Recommendation (Doc. #4)

to which no timely objections have been filed.  After an independent review of the file

and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial

partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE this 7th day of May, 2021.


        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE