IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN MAYS, JR., #150299, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-135-WHA-KFP |
| | ) | |
| GREGORY GEORGE LOCKLIER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On June 4, 2021, the Magistrate Judge entered a Recommendation (Doc. #11) to which Plaintiff filed an Objection (Doc. #12). After an independent review of the file, Plaintiff's Objection and the Recommendation of the Magistrate Judge, it is ORDERED that:

1. Plaintiff's Objection is OVERRULED,

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. This 42 U.S.C. § 1983 action in which Plaintiff presents claims that go to the fundamental legality of his 1999 murder conviction imposed by the Circuit Court of Montgomery County, Alabama is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims provide no basis for relief at this time in the instant action.

4. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 22nd day of June, 2021.

/s/  W. Harold Albritton
SENIORUNITED STATES DISTRICT JUDGE